

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Nguyen, Trany Thuy<br>　　　　　　　Defendant. | Case No.: SACR07-278-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD  CA___, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___current bckgrd, cmty ties unknown; bail resources unknown; ongoing substance abuse problem; conduct in___

1  <u>not complying with release conditions, which</u>
2  <u>evidences a lack of amenability to supervision</u>
3  and/or
4  B.  [x] The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on <u>Criminal history record; substance</u>
8  <u>abuse history; mental health diagnosis</u>

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: 12/22/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE